UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                    **DATE OF PROCEEDING:** September 23, 2024

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER: SHARON RICCI**

**TITLE OF CASE AND DOCKET NUMBER:**

SALAZAR, et al. v. AMERICAN WATER RESOURCES, LLC
1:23-cv-04250-KMW-SAK

**APPEARANCES:**

BRADLEY LEWIS RICE, ESQ. - for Plaintiff Salazar
JESSICA T. SLEATER, ESQ. - for Mosco plaintiffs

MICHAEL P. DALY, ESQ., ELIZABETH M. CASEY, ESQ., MARK D. TATICCHI, ESQ. and
HENRY GRABBE, ESQ. - for Defendant

**NATURE OF PROCEEDING:**  Motion Hearing

**DISPOSITION:**

Oral Argument held on the record re Defendant's Motion to Dismiss (ECF No. 20).
Findings of the Court read into the record.
Ordered Motion to Dismiss (ECF No. 20) is GRANTED without prejudice, to allow for jurisdictional discovery. Plaintiffs to file letter within 30 days, informing the Court as to whether they will be seeking same.
Order to be entered.

DEPUTY CLERK: s/Nicole Ramos

TIME COMMENCED: 11:06 a.m. TIME ADJOURNED: 12:08 p.m. TOTAL TIME: 1 hr., 2 mins.