UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| JUAN SALAZAR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN WATER RESOURCES, LLC,<br><br>Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 1:23-cv-04250-KMW-SAK<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of the Motion of Defendant American Water Resources, LLC ("Defendant") to dismiss the First Amended Class Action Complaint of plaintiffs Juan Salazar, Frank Mosco, and Joseph Mosco (together, "Plaintiffs") pursuant to Federal Rule of Civil Procedure 12(b)(2); the Court having considered Defendant's Motion (ECF No. 20), Plaintiffs' Opposition thereto (ECF No. 32), and Defendant's Reply (ECF No. 35) ; for the reasons set forth on the record during the oral argument held on September 23, 2024; and for good cause shown;

**IT IS** this **23rd** day of **September 2024** hereby

**ORDERED** as follows:

A)  Defendant's Motion to Dismiss (ECF No. 20) is **GRANTED**;

B)  Plaintiffs' First Amended Class Action Complaint (ECF No. 11) is **DISMISSED WITHOUT PREJUDICE**;

1

**C)** Within **30 days** from the entry of this Order, Plaintiffs shall notify the Court, via letter correspondence filed on the docket, whether they wish to pursue jurisdictional discovery.[1]

/s/ Karen M. Williams
KAREN M. WILLIAMS
U.S. DISTRICT COURT JUDGE

---

[1] To the extent Plaintiffs ultimately request jurisdictional discovery, the Court thereafter will issue a briefing schedule and direct the parties to address whether such discovery is warranted. *See generally Senju Pharm. Co. v. Metrics, Inc.*, 96 F. Supp. 3d 428, 435 (D.N.J. 2015).