UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JUAN SALAZAR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN WATER RESOURCES, LLC,<br><br>Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 1:23-cv-04250-KMW-SAK<br><br>**ORDER** |

**THIS MATTER** having come before the Court in connection with the First Amended Class Action Complaint ("Amended Complaint") of Juan Salazar, Frank Mosco, and Joseph Mosco (together, "Plaintiffs"); the Court having previously dismissed the Amended Complaint without prejudice on the Motion of defendant American Water Resources, LLC ("Defendant") (ECF No. 41); and further noting that Plaintiffs do not wish to pursue jurisdictional discovery or otherwise submit an amended pleading (ECF No. 42);

**IT IS** this **24th** day of **October 2024** hereby

**ORDERED** that the Clerk of Court shall mark this matter as **CLOSED**.

*/s/ Karen M. Williams*
KAREN M. WILLIAMS
U.S. DISTRICT COURT JUDGE